## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SACV 10-545 JVS (ANx)                                Date   May 28, 2010

Title   IMB REO LLC v. Rojas-Cruz

Present: The Honorable          James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)          Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

__ Complaint, filed

X   Notice of Removal ("Notice") filed May 6, 2010

by Alma Rojas-Cruz ("Rojas-Cruz").

The initial pleading appears to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Notice, ¶ 8 .)  Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be a limited liability company ("LLC"):

IMB REO LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 10-545 JVS (ANx)                    Date   May 28, 2010

Title   IMB REO LLC v. Rojas-Cruz

tell if jurisdiction has been properly invoked.

The removing party is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.   If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

In additional, Rojas-Cruz shall show cause why the Court should not remand the case because the jurisdictional minimum of $75,000 has not been met. Although the Notice states that the amount in controversy is excess of $75,000 (Notice, ¶ 8), the Court cannot accept that conclusionary allegation where it is contradicted by the attached pleadings.  The Civil Case Cover Sheet shows the  box "**Limited** (Amount demand is $25,000 for less)" is checked.  The first page on the Complaint states "AMOUNT DEMANDED DOES NOT EXCEED $10,000."

Rojas-Cruz shall file her response within fifteen days.  **A failure to respond may result in remand of the case to the Superior Court of the State of California for the County of Orange.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |