JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-545 JVS (ANx) | Date June 22, 2010 |
| Title IMB REO LLC v. Rojas-Cruz | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Remanding Action to the Superior Court of the State of California for the County of Orange

On May 28, 2010, the Court issued an order directing defendants to identify the members of IMB REO LLC, the plaintiff in this action, so that the Court could determine if diversity jurisdiction were proper.  The Court also directed defendants to show cause why the case should not be remanded because the amount in controversy is below the statutory minimum for diversity jurisdiction.

The Court has reviewed the Verified Response to Order to Show Cause, filed by Alma Rojas Cruz.  The response deals with neither issue raised in the Court's Order of May 8, 2010.

The case is remanded to the Superior Court for the State of California, County of Orange for lack of jurisdiction because:

- The Court cannot determine whether there is complete diversity.  28 U.S.C. 1332(a).

- The amount in controversy, as established by the pleadings, does not meet the statutory minimum of $75,000.  (<u>Id.</u>)

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |